**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

| | |
|---|---|
| CHRISTOPHER J. COLE | 5781-0 |
| REBEKAH E. RAY | 11527-0 |

Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
ccole@marrjones.com

Attorneys for Defendant
SEVEN ELEVEN HAWAII, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RANDAL CHUNFAT,<br><br>Plaintiff,<br><br>vs.<br><br>SEVEN ELEVEN HAWAII, INC.,<br><br>Defendant. | CIVIL NO. CV21-00511 SOM-WRP<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Trial:<br>Date: August 8, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. Susan O. Mollway |

**[~~PROPOSED~~] JUDGMENT**

On March 1, 2023, Defendant Seven Eleven Hawaii, Inc. ("Defendant") served an Offer of Judgment ("Offer") on Plaintiff Randal Chunfat ("Plaintiff"). On March 8, 2023, Plaintiff filed a notice of acceptance of the Offer. *See* ECF No. [36]. There being no remaining claims or issues against any party to

1478125

resolve in this case, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment is entered in favor of Plaintiff and against Defendant in the amount of $30,000 (Thirty Thousand Dollars).

2. Defendant shall, promptly after entry of this Judgment, train its customer service employees on Title III of the Americans with Disabilities Act of 1990's mandates relating to service animals.

3. This Judgment is entered without findings of fact or conclusions of law under Rule 68 for the salutary purposes of settlement, and by the terms of the Offer shall have no binding or precedential effect against Defendant under doctrines of *res judicata,* claim or issue preclusion, law of the case, collateral estoppel, *stare decisis,* or any other legal or equitable doctrine.

4. The issue of costs and fees, if any, to be awarded shall be addressed pursuant to Rule 54 and Local Rule 54.1, *et seq*.

APPROVED AS TO FORM:

DATED:   Honolulu, Hawaii, March 16, 2023.

*/s/ Lunsford Dole Phillips*
LUNSFORD DOLE PHILLIPS

Attorney for Plaintiff
RANDAL CHUNFAT

DATED:   Honolulu, Hawaii, March 16, 2023.

> /s/ Christopher J. Cole
> CHRISTOPHER J. COLE
>
> Attorney for Defendant
> SEVEN ELEVEN HAWAII, INC.

SO ORDERED:



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge

---

*Randal Chunfat v. Seven Eleven Hawaii, Inc.*; Civil No. CV21-00511 SOM-WRP; [~~PROPOSED~~] JUDGMENT