**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

CHRISTOPHER J. COLE            5781-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii  96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
ccole@marrjones.com

Attorney for Defendant
SEVEN ELEVEN HAWAII, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RANDAL CHUNFAT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SEVEN ELEVEN HAWAII, INC.,<br><br>　　　　　Defendant. | CIVIL NO. CV21-00511 SOM-WRP<br><br>SATISFACTION OF JUDGMENT |

## SATISFACTION OF JUDGMENT

　　　　Judgment was entered in the above action on March 17, 2023 in favor of Plaintiff Randall Chunfat ("Plaintiff") and against Defendant Seven Eleven Hawaii, Inc. ("Defendant").  *See* ECF No. 40.  The undersigned hereby certifies that the Judgment, inclusive of any and all costs, attorneys' fees and non-taxable

1482298/1434.010

expenses awarded or to be awarded in this case, including but not limited to the Bill of Costs filed March 14, 2023 [ECF No. 39] and taxed on April 4, 2023 [ECF No. 41], has been fully and completely satisfied, and that there are no outstanding executions with any Sheriff or Marshall.

DATED: Honolulu, Hawaii, April 4, 2023.

*/s/ Lunsford Dole Phillips*
LUNSFORD DOLE PHILLIPS

Attorney for Plaintiff
RANDAL CHUNFAT

DATED: Honolulu, Hawaii, April 4, 2023.

*/s/ Christopher J. Cole*
CHRISTOPHER J. COLE

Attorney for Defendant
SEVEN ELEVEN HAWAII, INC.